UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:

SANDY DAWN PARSONS                    CASE NO.: 12-10886(1)(13)

                Debtor(s)

**MEMORANDUM-OPINION-ORDER**

This matter is before the Court on the Motion for Adequate Protection of Creditor JP Morgan Chase Bank, NA.  The Court held a hearing on the matter on August 23, 2012.  Both JP Morgan Chase and the Debtor were represented at the hearing by counsel.

On June 26, 2012, Debtor filed her Voluntary Petition and Plan under Chapter 13 of the United States Bankruptcy Code.  In her Chapter 13 Plan, Debtor proposed to pay JP Morgan Chase's secured claim of $3,100 at a interest rate of 6%.

On July 11, 2012, JP Morgan Chase filed a Motion for Adequate Protection seeking Debtor's payment of $75.00 per month as adequate protection on its secured claim.

Debtor amended her Chapter 13 Plan to include an adequate protection payment of $35.00 a month with attorney's fees to be paid to JP Morgan Chase on its secured claim.  An Order confirming the 100% Plan was entered on August 27, 2012.

The Court determines that the adequate protection payment of $75.00 per month proposed by JP Morgan Chase is not unreasonable considering its collateral on the secured

claim is a 2002 Dodge Ram, a rapidly depreciating asset. Further, the Debtor did not rebut the request, did not file a written objection or otherwise challenge what the Court finds to be a reasonable request.

The Court being duly advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion for Adequate Protection of Creditor JP Morgan Chase, be and hereby is, **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Order of Confirmation entered August 27, 2012, be and hereby is, amended to provide for the adequate protection payment to JP Morgan Chase as referenced herein.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: August 29, 2012